UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK      Attorney: PHILLIPS & ASSOCIATES PLLC

DEON GITTENS

Plaintiff(s)

Index # 2:19-CV-05070(LDH)(PK)

- against -

Purchased September 5, 2019

WINTHROP HOSPITALIST ASSOCIATES, P.C., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 19, 2019 at 09:30 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT on WINTHROP HOSPITALIST ASSOCIATES, P.C., therein named,

**SECRETARY OF STATE**   a Domestic corporation by delivering two true copies to NANCY DOUGERTY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 55 | 5'4 | 145 |

Sworn to me on: September 25, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**STEVEN C. AVERY**

Invoice #: 729681

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045