UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: PHILLIPS & ASSOCIATES PLLC

DEON GITTENS

Plaintiff(s)

Index # 2:19-CV-05070(LDH)(PK)

- against -

Purchased September 5, 2019

WINTHROP HOSPITALIST ASSOCIATES, P.C., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 19, 2019 at 11:07 AM at

C/O RISK MANAGEMENT DEPT.
200 OLD COUNTRY ROAD, 3RD FL
MINEOLA, NY 11501

deponent served the within SUMMONS AND COMPLAINT on NYU WINTHROP HOSPITAL therein named.

BY LEAVING A TRUE COPY WITH KATHY SMITH, RISK MANAGEMENT CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'5 | 140 |

GLASSES

MAILING  Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O RISK MANAGEMENT DEPT.
200 OLD COUNTRY ROAD, 3RD FL
MINEOLA, NY 11501

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 25, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to me on: September 25, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 |

**BRUCE KUSTKA**

Invoice #: 729682

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK        Attorney: PHILLIPS & ASSOCIATES PLLC

DEON GITTENS

Plaintiff(s)

Index # 2:19-CV-05070(LDH)(PK)

- against -

Purchased September 5, 2019

WINTHROP HOSPITALIST ASSOCIATES, P.C., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 19, 2019 at 11:07 AM at

ATTN: RISK MANAGEMENT DEPT.
C/O NYU WINTHROP HOSPITAL
200 OLD COUNTRY ROAD, 3RD FL
MINEOLA, NY 11501

deponent served the within SUMMONS AND COMPLAINT on DORIS MCKEON IN HER INDIVIDUAL AND OFFICAL CAPACITIES therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to KATHY SMITH a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'5 | 140 |

GLASSES

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

ATTN: RISK MANAGEMENT DEPT.
C/O NYU WINTHROP HOSPITAL
200 OLD COUNTRY ROAD, 3RD FL
MINEOLA, NY 11501

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 25, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on:  September 25, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **BRUCE KUSTKA** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 729682 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045